UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WAKE COUNTY, on behalf of Jeffery B. Edwards, Jr. | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| | ) ) | No. 5:24-CV-469-FL |
| SHAQUAN LAVENA LESANE | ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the memorandum and recommendations of the magistrate judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 19, 2024, more particularly described therein, that the captioned action be and hereby is remanded to the General Court of Justice, Superior Court Division of Wake County, North Carolina.

**This Judgment Filed and Entered on September 19, 2024, and Copies To:**
Shaquan Lavena Lesane (via CM/ECF Notice of Electronic Notification)
The Honorable Frank Williams (via U.S. Mail at Wake County Clerk of Superior Court,
P. O. Box 351, Raleigh NC 27602)

September 19, 2024    PETER A. MOORE, JR., CLERK

                      By    /s/ Sandra K. Collins
                      Sandra K. Collins
                      Deputy Clerk